IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS, | |
| Plaintiffs, | This Document Relates to:<br>**Cases on the attached Exhibit "A"** |
| v. | |
| VARIOUS DEFENDANTS, | **FILED**<br>DEC 19 2011 |
| Defendants | MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## ORDER

This matter coming to be heard on the plaintiffs' on the attached Exhibit "A" Motion to Dismiss Actions Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all defendants in the actions on the attached Exhibit "A" are dismissed without prejudice and without costs.

The cases on the attached Exhibit "A" shall be transferred to the bankruptcy only docket and marked CLOSED.

Date: Dec. 16, 2011

Honorable Eduardo C. Robreno

# EXHIBIT A

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Aagerup | Harold | 09-CV-60464 | 99-1033 | WI | EASTERN |
| Aldrich | Donald | 10-CV-61472 | 97-0412 | WI | WESTERN |
| Alioto | Thomas | 10-CV-65845 | 95-0497 | WI | EASTERN |
| Altmann | Willis | 10-CV-67795 | 00-1449 | WI | EASTERN |
| Barnett | Jimmie | 08-CV-89367 | 93-4299 | IL | SOUTHERN |
| Barta | John | 10-CV-67771 | 01-0367 | WI | EASTERN |
| Baud | Paul | 10-CV-64571 | 97-4219 | IL | SOUTHERN |
| Beach | Laundy | 10-CV-68142 | 95-1101 | IL | CENTRAL |
| Bechteler | Frederick | 09-CV-61319 | 97-0446 | WI | EASTERN |
| Bell | Foster | 10-CV-61829 | 97-0114 | IN | NORTHERN |
| Bellin | Roger | 10-CV-67763 | 00-0119 | WI | EASTERN |
| Beyer | Jerome | 09-CV-60480 | 00-0118 | WI | EASTERN |
| Borries | Roger | 08-CV-89439 | 97-4214 | IL | SOUTHERN |
| Brahm | Robert | 10-CV-61906 | 97-0051 | WI | EASTERN |
| Braunschweig | Ralph | 10-CV-62033 | 95-0523 | WI | EASTERN |
| Brookins | Henry | 08-CV-89810 | 99-5927 | IL | NORTHERN |
| Brough | Hubert | 10-CV-69034 | 98-0186 | IN | SOUTHERN |
| Brown | Dennis | 10-CV-67549 | 99-4315 | IL | NORTHERN |
| Bruckert | Richard | 09-CV-61002 | 98-0693 | WI | WESTERN |
| Bullock | James | 10-CV-68906 | 96-0286 | IN | SOUTHERN |
| Burton | William | 08-CV-92309 | 98-4086 | IL | CENTRAL |
| Butler | Charles | 10-CV-64560 | 97-4213 | IL | SOUTHERN |
| Butler | JB | 09-CV-61326 | 97-0678 | WI | EASTERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Casey | William | 08-CV-89874 | 99-59223 | IL | NORTHERN |
| Cashman | Robert | 08-CV-91240 | 01-0098 | IN | NORTHERN |
| Chapman | Joseph | 10-CV-64576 | 98-4309 | IL | SOUTHERN |
| Clark | Arthur | 08-CV-88390 | IP94-0649-C | IN | SOUTHERN |
| Conway | Charles | 10-CV-67865 | 99-1032 | WI | EASTERN |
| Cook | Arcine | 09-CV-61738 | 96-0062 | IN | NORTHERN |
| Cook | Don | Unassigned | 96-6408 | IL | NORTHERN |
| Crosby | Stanley | 08-CV-89362 | 93-4175 | IL | SOUTHERN |
| Crouch | William | 08-CV-89335 | 00-0538 | IL | SOUTHERN |
| Crowley | Jack | 08-CV-88501 | IP94-1640-C | IN | SOUTHERN |
| Crowley | John | 08-CV-88392 | IP94-0651-C | IN | SOUTHERN |
| Cummins | Willard | 08-CV-89248 | 93-0727 | IL | SOUTHERN |
| Di Stasio | Robert | 10-CV-67787 | 00-1628 | WI | EASTERN |
| Doyle | John | 08-CV-89915 | 99-2199 | IL | NORTHERN |
| Duda | Jerome | 09-CV-61477 | 94C0216 | WI | EASTERN |
| Dumas | Gary | 09-CV-60462 | 99-1038 | WI | EASTERN |
| Emery | William | 10-CV-68917 | 97-0076 | IN | SOUTHERN |
| Engebretson | Patrick | 09-CV-61328 | 97-0678 | WI | EASTERN |
| Evol | Daniel | 10-CV-68922 | 97-0082 | IN | SOUTHERN |
| Fagg | Morris | 10-CV-67761 | 00-0121 | WI | EASTERN |
| Firkus | Leonard | 10-CV-61474 | 97-0412 | WI | WESTERN |
| Flagg | Richard | 10-CV-67556 | 99-6045 | IL | NORTHERN |
| Floyd | Elrie | 08-CV-89967 | 99-6039 | IL | NORTHERN |
| Folena | Richard | 08-CV-90036 | 99-8578 | IL | NORTHERN |
| Foster | David | 10-CV-68979 | 97-0328 | IN | SOUTHERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Frattini | James | 09-CV-60945 | 96-1591 | IL | NORTHERN |
| Frericks | Thomas | 09-CV-61445 | 96-0271 | WI | EASTERN |
| Friel | William | 08-CV-90204 | 01-2007 | IL | NORTHERN |
| Galioto | Joseph | 10-CV-61917 | 95-C-0464 | WI | EASTERN |
| Gallagher | Robert | 10-CV-61475 | 97-0412 | WI | WESTERN |
| Garcia | Cristobal | 08-CV-91011 | 99-0232 | IN | NORTHERN |
| Gilkison | Raymond | Unassigned | 88-2215 | IL | CENTRAL |
| Gralla | Raymond | 09-CV-60264 | 00-0011 | WI | WESTERN |
| Green | Ella | 08-CV-90129 | 00-4167 | IL | NORTHERN |
| Greene | Richard | 09-CV-61834 | 97-0101 | IN | NORTHERN |
| Gullickson | Richard | Unassigned | 96-0274 | WI | EASTERN |
| Guse | Ronald | Unassigned | 96-0274 | WI | EASTERN |
| Gutknecht | Donald | 10-CV-62036 | 95-0523 | WI | EASTERN |
| Gutsch | Frederick | 10-CV-61425 | 94-C-799-C | WI | WESTERN |
| Hamerla | John | 08-CV-90208 | 01-2012 | IL | NORTHERN |
| Hamilton | Wayne | 10-CV-67892 | 00-1156 | WI | EASTERN |
| Hann | William | 10-CV-69005 | 97-0184 | IN | SOUTHERN |
| Hardina | James | 10-CV-61458 | 95-0168 | WI | WESTERN |
| Hayden | John | 10-CV-67834 | 99-1010 | WI | EASTERN |
| Healey | Lawrence | 08-CV-90192 | 01-1971 | IL | NORTHERN |
| Heath | Leroy | 08-CV-91261 | 01-0201 | IN | NORTHERN |
| Heine | James | 08-CV-90168 | 00-8198 | IL | NORTHERN |
| Herian | James | 10-CV-67849 | 99-1078 | WI | EASTERN |
| Hetherington | Charles | 10-CV-64556 | 97-4208 | IL | SOUTHERN |
| Hickey | Elmer | 08-CV-90038 | 99-8580 | IL | NORTHERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Hilliard | Jerry | 10-CV-61476 | 97-0412 | WI | WESTERN |
| Hopp | Robert | 09-CV-61704 | 97-0313 | IN | NORTHERN |
| Huey | Dennis | 08-CV-89330 | 01-0236 | IL | SOUTHERN |
| Hurston | Herman | 09-CV-61793 | 97-0242 | IN | NORTHERN |
| Isaacson | Gary | 11-CV-63500 | 11-77 | WI | EASTERN |
| Johnson | Donald | 10-CV-67812 | 00-0041 | WI | EASTERN |
| Johnson | James | 08-CV-90156 | 00-8175 | IL | NORTHERN |
| Johnston | John | 10-CV-61427 | 94-C-799-C | WI | WESTERN |
| Jones | Carl | 08-CV-89483 | 99-0655 | IL | SOUTHERN |
| Jones | Chester | 08-CV-90068 | 00-2038 | IL | NORTHERN |
| Jorsch | Jerome | 08-CV-90184 | 01-0611 | IL | NORTHERN |
| Joy | Larry | 10-CV-68915 | 97-0027 | IN | SOUTHERN |
| Joyce | Michael | 09-CV-60961 | 96-1591 | IL | NORTHERN |
| Kacjor | Michael | Unassigned | 96-1592 | IL | NORTHERN |
| Kadow | R. Roger | 10-CV-67873 | 00-0012 | WI | EASTERN |
| Kane | Peter | 10-CV-67828 | 94-C-0163 | WI | EASTERN |
| Kargle | William | Unassigned | 96-1592 | IL | NORTHERN |
| Karl | Joseph | 09-CV-61013 | 98-0693 | WI | WESTERN |
| Kautzer | Alexander | 09-CV-61480 | 94C0216 | WI | EASTERN |
| Kelly | Gerald | 08-CV-89379 | 94-4250 | IL | SOUTHERN |
| King | David | 09-CV-60289 | 01-0185 | WI | WESTERN |
| Koeller | Roger | 09-CV-60494 | 00-1161 | WI | EASTERN |
| Kolbow | John | 09-CV-60500 | 00-1629 | WI | EASTERN |
| Konkol | Richard | 09-CV-61483 | 94C0216 | WI | EASTERN |
| Kosanke | James | 09-CV-61543 | 94-0837 | WI | EASTERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Krambeer | Gordon | 08-CV-91886 | 96-4027 | IL | CENTRAL |
| Krancki | George | 10-CV-67833 | 99-1009 | WI | EASTERN |
| Krejcovic | Louis | 10-CV-67848 | 99-1077 | WI | EASTERN |
| Kremer | Ken | 09-CV-60514 | 01-0302 | WI | EASTERN |
| Kroll | Mitchell | 09-CV-60492 | 00-1158 | WI | EASTERN |
| Kroupa | Laurel | 10-CV-61856 | 95-CV-276 | WI | EASTERN |
| Lambert | James | 09-CV-64743 | 00-0011 | IN | SOUTHERN |
| Lardi | Kenneth | Unassigned | 96-1592 | IL | NORTHERN |
| Larson | John | 09-CV-61014 | 98-0693 | WI | WESTERN |
| Leopold | Albert | 09-CV-62177 | 97-0884 | WI | WESTERN |
| Ligocki | Michael | 10-CV-65852 | 95-C-0497 | WI | EASTERN |
| Lindeman | James | 08-CV-88715 | 97-1017 | IN | SOUTHERN |
| Lowery | Gerald | 10-CV-62043 | 95-0523 | WI | EASTERN |
| Lucas | Richard | Unassigned | 96-1592 | IL | NORTHERN |
| Lyss | Donald | 10-CV-62046 | 95-0523 | WI | EASTERN |
| Mandel | Herbert | 09-CV-60282 | 00-0772 | WI | WESTERN |
| Martin | Bennie | 10-CV-67550 | 99-4333 | IL | NORTHERN |
| Maslowski | Donald | 10-CV-61487 | 97-0411 | WI | WESTERN |
| Massey | Robert | Unassigned | 93C1252 | WI | EASTERN |
| Matousek | Larry | 09-CV-61455 | 96-0272 | WI | EASTERN |
| Matras | Chester | 08-CV-90019 | 99-8559 | IL | NORTHERN |
| Mayfield | Henry | 08-CV-91761 | 96-1157 | IL | CENTRAL |
| McDonald | Gene | Unassigned | 96-1594 | IL | NORTHERN |
| McGee | Jessie | Unassigned | 96-1594 | IL | NORTHERN |
| McWilliams | Gerald | 09-CV-61462 | 96-0272 | WI | EASTERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| McWilliams | William | 09-CV-61463 | 96-0272 | WI | EASTERN |
| Menting | Roman | 09-CV-61332 | 97-0678 | WI | EASTERN |
| Mike | David | 09-CV-61457 | 96-0272 | WI | EASTERN |
| Miller | Robert | 09-CV-60463 | 99-1027 | WI | EASTERN |
| Minnick | Glenn | 08-CV-90096 | 00-2842 | IL | NORTHERN |
| Minzlaff | Jerome | 09-CV-60508 | 01-0073 | WI | EASTERN |
| Missiaen | Gerald | 09-CV-61458 | 96-0272 | WI | EASTERN |
| Moeller | Gary | 09-CV-61460 | 96-0272 | WI | EASTERN |
| Moffett | Leon | 08-CV-90075 | 00-2170 | IL | NORTHERN |
| Moore | Ulish | 08-CV-89813 | 99-5943 | IL | NORTHERN |
| Moore | William | 10-CV-68961 | 97-1026 | IN | SOUTHERN |
| Mrdutt | Norman | 09-CV-61016 | 98-0693 | WI | WESTERN |
| Mussatto | Charles | 08-CV-90125 | 00-4161 | IL | NORTHERN |
| Nation | Isaac | 09-CV-61464 | 96-0272 | WI | EASTERN |
| Neder | Willi | 10-CV-67829 | 99-1002 | WI | EASTERN |
| Newlin | Harlan | 10-CV-64559 | 97-4212 | IL | SOUTHERN |
| Nicholas | Ronald | 10-CV-67874 | 00-0010 | WI | EASTERN |
| Nichols | John | 08-CV-90185 | 01-0612 | IL | NORTHERN |
| Norberg | Howard | 10-CV-67537 | 97-1065 | IL | NORTHERN |
| Oleferchik | William | 08-CV-89812 | 99-5940 | IL | NORTHERN |
| Ongenae | Terry | 10-CV-67551 | 99-4338 | IL | NORTHERN |
| Osborn | William | 08-CV-89440 | 97-4240 | IL | SOUTHERN |
| Otto | Thomas | 08-CV-89369 | 94-4200 | IL | SOUTHERN |
| Owten | Henry | 10-CV-62049 | 95-0523 | WI | EASTERN |
| Packley | Wilson | Unassigned | 01-2432 | IL | NORTHERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Paniagua | Jose | Unassigned | 00-1146 | WI | EASTERN |
| Patrick | Carolyn | 08-CV-90221 | 01-2430 | IL | NORTHERN |
| Perkins | Jarvis | 09-CV-61425 | 96-0270 | WI | EASTERN |
| Poplar | Louis | 08-CV-90103 | 00-2866 | IL | NORTHERN |
| Prokop | Thomas | 09-CV-61426 | 96-0270 | WI | EASTERN |
| Propp | Duane | 08-CV-90332 | 96-50058 | IL | NORTHERN |
| Raseta | Michael | 08-CV-91060 | 00-0011 | IN | NORTHERN |
| Rasner | Lowell | 10-CV-68957 | 97-1022 | IN | SOUTHERN |
| Read | Duane | 09-CV-61530 | 94-C-0827 | WI | EASTERN |
| Rinehart | Raymond | 09-CV-61428 | 96-0270 | WI | EASTERN |
| Rosencrantz | Darwin | 10-CV-61913 | 95-C-0464 | WI | EASTERN |
| Rychtanek | Mitchell | 08-CV-89823 | 99-5966 | IL | NORTHERN |
| Salem | Carl | 08-CV-88687 | 01-0407 | IN | SOUTHERN |
| Sanson | Bobby | 09-CV-61770 | 95CV-227JM | IN | NORTHERN |
| Santerelli | Gerald | 09-CV-60962 | 96-1593 | IL | NORTHERN |
| Schmidt | Allen | 10-CV-61891 | 95-CV-276 | WI | EASTERN |
| Schultz | Charles | 09-CV-62184 | 97-0884 | WI | WESTERN |
| Sebanz | John | 09-CV-60515 | 01-0303 | WI | EASTERN |
| Seidner | Edward | 10-CV-67797 | 00-0046 | WI | EASTERN |
| Shidler | Robert | 10-CV-64558 | 97-4210 | IL | SOUTHERN |
| Shimek | Paul | 10-CV-67830 | 99-1005 | WI | EASTERN |
| Shinsky | Leo | 09-CV-61534 | 94-0837 | WI | EASTERN |
| Shipman | Larry | 10-CV-64555 | 97-4204 | IL | SOUTHERN |
| Shoulders | Berle | 10-CV-64564 | 97-4199 | IL | SOUTHERN |
| Simmons | Louis | 08-CV-90004 | 99-8543 | IL | NORTHERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Slamka | Allan | 10-CV-67794 | 00-1451 | WI | EASTERN |
| Smith | Jack | 08-CV-89377 | 94-4245 | IL | SOUTHERN |
| Smith | Roger | 11-CV-63490 | 11-96 | WI | EASTERN |
| Sobiesczyk | Leonard | 09-CV-61432 | 96-0270 | WI | EASTERN |
| Somerville | Donald | 10-CV-64699 | 96-0232 | WI | WESTERN |
| Sperber | Ernest | 08-CV-91942 | 00-2343 | IL | CENTRAL |
| Stidd | Delmas | 09-CV-64656 | 01-0050 | IN | SOUTHERN |
| Stumpf | Joseph | 10-CV-67826 | 94-C-0012 | WI | EASTERN |
| Sturdevant | Roger | 09-CV-60470 | 00-0004 | WI | EASTERN |
| Surfus | Cecil | 09-CV-61351 | 97-1378 | WI | EASTERN |
| Switzer | Carl | 10-CV-68918 | 97-0077 | IN | SOUTHERN |
| Szymkowiak | Richard | 10-CV-67816 | 00-0045 | WI | EASTERN |
| Tetzlaff | James | 09-CV-61037 | 94-C-0541-C | WI | WESTERN |
| Thiede | Earl | 09-CV-60254 | 98-0547 | WI | WESTERN |
| Tierney | Harley | 09-CV-61494 | 94C0216 | WI | EASTERN |
| Tillery | Kenneth | 10-CV-68960 | 97-1025 | IN | SOUTHERN |
| Tobolic | Stephen | 08-CV-90028 | 99-8570 | IL | NORTHERN |
| Torres | Jose | 09-CV-61712 | 97-0313 | IN | NORTHERN |
| Turk | Virgil | 10-CV-67784 | 01-0075 | WI | EASTERN |
| Tushar | William | 10-CV-67867 | 00-0018 | WI | EASTERN |
| Tzinares | George | 08-CV-92190 | 00-1030 | IL | CENTRAL |
| Uecker | Gerald | 09-CV-60394 | 94-C-0164 | WI | EASTERN |
| Voight | Joseph | 10-CV-61466 | 97-0154 | WI | WESTERN |
| Walters | Edward | 08-CV-89374 | 94-4223 | IL | SOUTHERN |
| Watson | Robert | 08-CV-90113 | 00-3588 | IL | NORTHERN |

| Last | First | E.D. PA Case No. | Original Case No. | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| Weinandt | Dennis | 10-CV-61867 | 95-CV-276 | WI | EASTERN |
| Wells | Paul | 10-CV-64566 | 97-4202 | IL | SOUTHERN |
| Wende | Robert | 08-CV-90200 | 01-1982 | IL | NORTHERN |
| Weslow | Paul | 10-CV-62029 | 96-0273 | WI | EASTERN |
| Wick | Dennis | 10-CV-61868 | 95-CV-276 | WI | EASTERN |
| Wik | Thomas | 09-CV-60291 | 01-0187 | WI | WESTERN |
| Will | Carl | 10-CV-67891 | 00-1445 | WI | EASTERN |
| Williamson | Robert | 10-CV-67875 | 00-0009 | WI | EASTERN |
| Wisdom | James | 08-CV-88590 | IP94-1745-C | IN | SOUTHERN |
| Wolf | John | 09-CV-60485 | 00-1138 | WI | EASTERN |
| Wright | Elmer | 08-CV-90199 | 01-1980 | IL | NORTHERN |
| Wynboom | Simon | 09-CV-60472 | 00-0016 | WI | EASTERN |
| Young | Eugene | 10-CV-67869 | 00-0015 | WI | EASTERN |
| Zaleski | Edward | 10-CV-67757 | 00-0882 | WI | EASTERN |
| Zoellner | David | 10-CV-62032 | 96-0273 | WI | EASTERN |
| Zwaga | Dennis | 10-CV-61876 | 95-CV-276 | WI | EASTERN |

Certificate of Service

**MAILED:**

| | | |
|---|---|---|
| ALAN BECKER | JEFFERY MATTHEWS | P. CREBS |
| ANDREA COHEN | JEFFREY MCKEAN | PATRICIA MCCARTHY |
| ANNETTE ZIEGLER | JEFFREY SCHMECKPEP | PATRICK PHILLIPS |
| BARRY ROBIN | JEROME KRINGS | PETER HATTON |
| BILLEE LIGHTVOET | JOHN DIXON | R. MUTH |
| BRIAN EBENER | JOHN STUCKEY | R. STOMMEL |
| BRIAN FIELDS | JOSEPH MARCONI | RICHARD BAKER |
| BRIAN TREXELL | JOSEPH O'HARA | RICHARD BOLTON |
| BRUCE KAMPLAIN | JOSEPH STALMACK | RICHARD HUSER |
| C. KOEBELE | JOSHUA MURPHY | RICHARD STEINKEN |
| CAROL PRYGROSKY | KELLY CHERF | ROBERT BAUGHMAN |
| CAROL TATE | KENNETH GORENBERG | ROBERT BOUGHTER |
| CHARLES BOHL | KEVIN LONG | ROBERT HALEY |
| CHRISTOPHER RAISTRICK | KEVIN REID | ROBERT RILEY |
| CLARKE GILLESPIE | KRISTIN ACHTERHOF | ROBERT SANDS |
| CRAIG LILJESTRAN | KRISTINE KRAFT | ROBERT SHUFTAN |
| CREED TUCKER | KURTIS REEG | RUSSELL HOOVER |
| DANIEL CHEELY | LAURA O'CONNELL | STEPHANIE SCHARF |
| DANIEL JARDINE | MARK VELGUTH | STEPHEN KRAVIT |
| DANIEL OVERBEY | MARY ANN HATCH | SUSAN GUNTY |
| DAVID BARTEL | MARY GAY | SUSAN HANSEN |
| DEAN PANOS | MAUREEN KELLY | SUSAN KUSS |
| DENIS RISCHARD | MELISSA SKILKEN | THADDEUS STANKOWSKI |
| DENNIS DOBBELS | MEREDITH RINGLER | THOMAS CRAWFORD |
| DEVLIN SCHOOP | MICHAEL CIESLEWICZ | THOMAS EHRHARDT |
| DIEDRE DUNN | MICHAEL GLACKIN | THOMAS HAYES |
| DONALD CARLSON | MICHAEL HENNIG | THOMAS MEYER |
| FRANCIS MORRISSEY | MICHAEL KAEDING | THOMAS MIXDORF |
| J. GASS | MICHAEL MOODY | TIMOTHY FAGAN |
| JACK BLOCK | MICHAEL O'ROURKE | VANI SINGHAL |
| JAMES CULHANE | MURRAY ABOWITZ | WADE BROWN |
| JAMES FIEWEGER | NEIL SOLOMON | WILLIAM JOHNSON |
| JAMES WHEELER | NICOLE BEHNEN | WILLIAM MAHONEY |

**E-MAILED:**

| | | |
|---|---|---|
| ALLEN VAUGHAN | J. BRADLEY | MICHAEL ROSENBERG |
| AMANDA SUMMERLIN | JAMES CARTER | MITCHELL MOSER |
| AMIEL GROSS | JAMES KENNEDY | PATRICK LAMB |
| ANDREW DETHERAGE | JAMES NIQUET | PATRICK STUFFLEBEA |
| BASIL DISIPIO | JASON KENNEDY | PAUL O'FLAHERTY |
| BRUCE CLARK | JEFFREY HEBRANK | RAYMOND FOURNIE |
| BRYAN SKELTON | JENNIFER STUDEBAKER | RAYMOND MODESITT |
| C. DOUGLAS | JOHN BABIONE | REED SUGG |
| CHRISTOPHER BANASZAK | JOHN CANONI | RICHARD LAUTH |
| CHRISTOPHER LARSON | JOHN FONSTAD | RICHARD RIEGNER |
| CHRISTOPHER LEE | JOHN KUROWSKI | ROBERT MCCOY |
| CHRISTOPHER P.BANASZAK | JOHN LAFFEY | ROBERT RILEY |
| CHRISTOPHER TRIBLE | JOHN SEEBOHM | ROBERT SCHROEDER |
| CYNTHIA LOCKE | JOHN SHEFFER | ROBERT SPITKOVSKY |
| DANIEL DONAHUE | JON BAROOSHIAN | ROGER HEIDENREIC |
| DANIEL LONG | JONATHAN LIVELY | RONALD HACK |
| DANIEL MANNA | JONATHAN MATTINGLY | SCOTT SIMPKINS |
| DANIEL MCGRATH | JOSEPH CAGNOLI | STEVEN KIRSCH |
| DANIEL MULHOLLAND | JOSEPH KRASOVEC | SUSAN HENDERSON |
| DANIEL O'CONNELL | JOSEPH REJANO | SUSAN MEHRINGER |
| DANIEL TRACHTMAN | JOSHUA LEE | TEIRNEY CHRISTENSO |

Certificate of Service

**E-MAILED(con't):**

| | | |
|---|---|---|
| DAVID SETTER | KENT PLOTNER | THOMAS GILLIGAN |
| DAVID TEMPLE | KEVIN KNIGHT | THOMAS GONZALEZ |
| DAVID YBARRA | KIMBERLY HILLMAN | THOMAS KERNELL |
| DEMETRA CHRISTOS | KIRK HARTLEY | THOMAS SCHMITZER |
| DENNIS CANTRELL | KNIGHT ANDERSON | THOMAS SCHRIMPF |
| DONALD ORZESKE | KURT REITZ | THOMAS THIBODEAU |
| DOUGLAS KING | LISA DILLMAN | TIMOTHY KAPSHANDY |
| EDWARD CASMERE | MAJA EATON | TIMOTHY KRIPPNER |
| EDWARD MCCAMBRIDG | MARK DESROCHERS | TIMOTHY PIKE |
| ERIC CARLSON | MARK FELDMANN | TRACY COWAN |
| G. BRUCH | MARK TIVIN | TREVOR WILL |
| GERMAINE WILLETT | MATTHEW FISCHER | WILLIAM CROKE |
| GREGORY COCHRAN | MICHAEL BERGIN | WILLIAM SERRITELLA |
| GREGORY LYONS | MICHAEL CASCINO | WILLIAM SMITH |
| HOWARD MORRIS | MICHAEL DRUMKE | WILLIS TRIBLER |